COWAN, LIEBOWITZ & LATMAN, P.C.
Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

*Attorneys for Defendants Jewelry House Corp. and Jimmy Choi*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RIVER LIGHT V., L.P. and TORY BURCH     :
LLC,                                     :
            Plaintiffs,       :    13 CV 3684 (HB)
   -against-                           :
                                         :
JEWELRY HOUSE CORPORATION, UK CHOI       :
aka JIMMY CHOI, and DOES 1-10,           :
                                         :
            Defendants.       :
                                         :
-----------------------------------------------------------x

## DEFENDANT JEWELRY HOUSE CORPORATION'S RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Jewelry House Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      **NONE**

26310/000/1416703

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>August 5, 2013 | Respectfully submitted,<br><br>COWAN, LIEBOWITZ & LATMAN, P.C.<br><br>By:    /s/ Eric J. Shimanoff   <br>      Eric J. Shimanoff (ejs@cll.com)<br>1133 Avenue of the Americas<br>New York, New York 10036-6799<br>(212) 790-9200<br><br>*Attorneys for Defendants Jewelry House Corp. and Jimmy Choi* |

Case 1:13-cv-03684-HB   Document 5   Filed 08/05/13   Page 2 of 2